UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEMOS P. DEMOPOULOS, MICHAEL SPINELLI, LARRY CUOMO, and ROBERT PATRIZIO, as Trustees and Fiduciaries of the LOCAL 584 PENSION TRUST FUND,

Plaintiffs,

-against-

WINTERS TRUCKING CORP.; A.A. TRUCK RENTING CORP.; 28-90 REVIEW AVENUE ASSOCIATES LLC; and A.A. FLEET SERVICES, LLC.

Defendants.

1:19-cv-11748-MKV

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/24/2020

MARY KAY VYSKOCIL, United States District Judge:

Plaintiff filed its Complaint on December 23, 2019 [ECF 1]. Proof of service documents filed with the Court on January 27, 2020 reflect that:

- Defendant Winters Trucking Corp. was served with the Complaint on January 13, 2020 [ECF 7].
- Defendant A.A. Truck Renting Corp. was served with the Complaint on January 23, 2020 [ECF 8].
- Defendant 28-90 Review Avenue Associates LLC was served with the Complaint on January 23, 2020 [ECF 9].
- Defendant A.A. Fleet Services LLC was served with the Complaint on January 13, 2020 [ECF 10].

To date, no Defendant has answered the Complaint or otherwise appeared in this action.

Accordingly, it is hereby ORDERED that any motion for entry of a default judgment is due on or before **April 17, 2020**. Any opposition is due **April 24, 2020.** Plaintiff is directed to follow the procedures applicable to default judgments under the Court's Individual Rules and Practices for Civil Cases, available at the Court's website. If no motion is filed Plaintiffs' case may be dismissed with prejudice for failure to prosecute.

**SO ORDERED.**

Date: March 24, 2020
New York, NY

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**