FRIEDMAN & ANSPACH
Attorneys at Law
1500 Broadway
New York, New York 10036
(212) 354-4500

EUGENE S. FRIEDMAN
WILLIAM ANSPACH
ANUSHA RASALINGAM
JAE W. CHUN
_____
AMANDA BELL
ERIN McGEE
DANIEL TREIMAN

FAX: (212) 719-9072
www.friedmananspach.com

April 8, 2020

**VIA ECF**

The Honorable Mary Kay Vyskocil, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/8/2020

Re: Demopoulos et al v.
Winters Trucking Corp. et al
1:19-cv-11748-MKV

Dear Judge Vyskocil:

      I represent the Plaintiffs, the Trustees and Fiduciaries of the Local 584 Pension Trust Fund, in the above-captioned matter. In your March 24, 2020 Order (Doc. # 16), you had directed the Plaintiffs to file a motion for entry of default judgment by April 17, 2020, with any opposition due by April 24, 2020. I am writing to request an extension of time on these deadlines.

      Counsel for the Defendants has contacted us, and we have arrived at a settlement in principle. In order to have sufficient time to finalize this settlement and to obtain the necessary signatures from our respective clients — tasks that are made more challenging by the current pandemic — we request an extension of two weeks on the two deadlines set by the Court, pushing them back to May 1, 2020 as a deadline for Plaintiffs to file any default motion and May 8, 2020 as a deadline for any opposition.

      We anticipate that before the first of those proposed new deadlines, we will have finalized our settlement agreement and will be able to make a motion to dismiss with the consent of both parties.

      Defendants' counsel, Eric Simon of Jackson Lewis — to whom I gave a copy of your March 24, 2020 Order — has consented to this request. This is the only request for an extension that has been made in this case.

Thank you for your consideration.

                                                     Respectfully submitted,

                                                     ___/s/_____
                                                     Daniel Treiman

Cc: Eric Simon, Jackson Lewis, Counsel for Defendants, via email to Eric.Simon@jacksonlewis.com

---

**Granted. SO ORDERED.**

Date: 4/8/2020
New York, New York

/s/ Mary Kay Vyskocil
Mary Kay Vyskocil
United States District Judge